Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Christina Gasparian, State Bar No. 322621
E-Mail: cgasparian@hurrellcantrall.com
Michael Malekan, State Bar No. 349505
E-Mail: MMalekan@hurrellcantrall.com
HURRELL CANTRALL LLP
800 West 6th Street, Suite 700
Los Angeles, CA 90017-2710
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendant, COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THOMAS ANGEL PEDRAZA,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF LOS ANGELES, a public entity; SHERIFF ROBERT G. LUNA, in his individual and official capacities; and DOES 1 through 100, inclusive,<br><br>    Defendants. | FEDERAL CASE NO.<br><br>STATE CASE NO. 25STCV20014<br><br>**NOTICE OF REMOVAL AND REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(A) AND (C) (FEDERAL QUESTION) AND 28 U.S.C. § 1443(C) (CIVIL RIGHTS CASES) ON BEHALF OF DEFENDANT COUNTY OF LOS ANGELES ; DECLARATION MICHAEL M. MALEKAN**<br><br>[State Action Assigned to Hon. Theresa M. Traber, Dept. 47<br><br>Action Filed:  07/08/25] |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant COUNTY OF LOS ANGELES ("COLA") (hereinafter "Defendant"), hereby removes this action from the Superior Court of the County of Los Angeles, Central District to the United States Court, Central District of California. Defendant effects this removal pursuant to 28 U.S.C. §§ 1441 and 1446 on the following factual bases:

/ / /

HURRELL CANTRALL LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE (213) 426-2000

1. On July 8, 2025, Plaintiff THOMAS ANGEL PEDRAZA (hereinafter "Plaintiff") commenced the above-titled action in Los Angeles Superior Court (Case No. 25STCV20014). Attached as **"Exhibit A"** to the Declaration of Michael M. Malekan ("Malekan Decl."), is Plaintiff's Complaint for Damages. *See* Malekan Decl. ¶ 3.

2. Defendant, COLA, was served with Summons and Complaint on July 10, 2025. *See* Malekan Decl. ¶ 4; Exh. "A" and attached as **Exhibit "B"** is a courtesy copy of the Summons.

3. Based upon information and belief, and upon the time of this Notice of Removal, Defendant, Sheriff Robert Luna (hereinafter "LUNA") , has not been served by Plaintiff with a copy of the Summons and Complaint. Malekan Decl. ¶ 5.

4. Defendants COLA and LUNA are the only named defendants in this action. Should Defendant LUNA be served properly with the Summons and Complaint, this office may be assigned to represent LUNA, and as such, LUNA consents to this removal. Thus, Defendant COLA, the only Defendant who has been served, removes this action. *See* Malekan Decl. ¶ 6.

5. This matter is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 as against Defendants, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1441(a) and (c) and 28 U.S.C. § 1443(2). Plaintiff has filed claims under 42 U.S.C. § 1983, wherein Plaintiff contends that his constitutional rights were violated under the Fourth and Fourteenth Amendments of the United States Constitution against Defendants. *See* Malekan Decl. ¶ 7; Exh. "A." This action is removed on the basis of federal question jurisdiction because Plaintiff brings four (4) causes of action arising from alleged violations of his civil rights pursuant to 42 U.S.C § 1983, including their principles articulated in *Monell v. Dept. of Soc. Svcs.*, 436 U.S. 658 (1978). Specifically, Plaintiff's first and fourth cause of actions allege that his Fourth and Fourteenth Amendment rights were violated by COLA. Plaintiff further alleges, in his ninth and

tenth causes of action, that his civil rights were violated by Defendant COLA pursuant to the *Monell* doctrine. *Id.* Thus, this is a federal civil rights action over which this Court has original jurisdiction as to all Defendants. *See* 28 U.S.C. § 1331 ("The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."). Accordingly, Defendants have the right to remove this case to this Court. *See* 28 U.S.C. § 1441(a) ("…any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants…"); 28 U.S.C. § 1446 (setting forth procedures for removal).

6.      Plaintiff also asserts one (1) state law cause of action for Deprivation of Civil Rights under state code § 52.1 (The Bane Act) and five (5) tort law claims. *See* Malekan Decl. ¶ 8; Exh. "A." Accordingly, Plaintiff's state law claim and tort law claims derive from the same operative facts as those of the federal claims, namely the alleged violation of Plaintiff's civil rights when the alleged deprivation of his Fourth and Fourteenth Amendment rights occurred on June 9, 2024. When an action originally filed in state court is removed to federal court, the federal tribunal has jurisdiction to determine not only the federal claims, but all pendent state claims which derive "from a common nucleus of operative fact." *United Mine Workers v. Gibbs*, 383 US 715, 725 (1966); *see also* 28 U.S.C. §§ 1367(a) and 1441(c).

7.      This Notice of Removal is filed with this Court within 30 days after Defendant COLA was served with the Summons and First Amended Complaint on July 10, 2025. *See* Malekan Decl. ¶ 9.

8.      This Notice of Removal is being filed in this Court as well as in the Los Angeles Superior Court, where Plaintiff elected to file initially. *See* Malekan Decl. ¶ 10.

DATED:  July 30, 2025          HURRELL CANTRALL LLP


By:          */s/ Michael Malekan*
THOMAS C. HURRELL
CHRISTINA GASPARIAN
MICHAEL MALEKAN
Attorneys for Defendant, COUNTY OF
LOS ANGELES

HURRELL CANTRALL LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE  (213) 426-2000

4

## **DECLARATION OF MICHAEL MALEKAN**

I, Michael Malekan, declare:

1.      I am an attorney duly licensed to practice before this Court and am an associate with Hurrell Cantrall LLP, attorneys of record for Defendant COUNTY OF LOS ANGELES ("COLA" or "Defendant").

2.      I make this declaration in support of Defendants' Notice of Removal.

3.      On August 8, 2025, Plaintiff THOMAS ANGEL PEDRAZA (hereinafter "Plaintiff") commenced the above-titled action in Los Angeles Superior Court (Case No. 25STCV20014). Attached hereto as **"Exhibit A"**  is a true and correct courtesy copy of Plaintiff's Complaint for Damages.

4.      Defendant, COLA, was served with Summons and Complaint on July 10, 2025. Attached as **Exhibit "B"** is a true and correct courtesy copy of the Summons as to Defendant COUNTY OF LOS ANGELES served with the Complaint on July 10, 2025.

5.      Based upon information and belief, and upon the time of this Notice of Removal, Defendant, Sheriff Robert Luna (hereinafter "LUNA") , has not been served by Plaintiff with a copy of the Summons and Complaint

6.      Defendants COLA and LUNA are the only named defendants in this action. Should Defendant LUNA be served properly with the Summons and Complaint, this office may be assigned to represent LUNA, and as such, LUNA consents to this removal. Thus, Defendant COLA, the only Defendant who has been served, removes this action.

7.      This matter is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 as against Defendants, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1441(a) and (c) and 28 U.S.C. § 1443(2).  Plaintiff has filed claims under 42 U.S.C. § 1983, wherein Plaintiff contends that his constitutional rights were violated under the Fourth and Fourteenth Amendments of the United States Constitution against Defendants. This

action is removed on the basis of federal question jurisdiction because Plaintiff brings four (4) causes of action arising from alleged violations of his civil rights pursuant to 42 U.S.C § 1983, including their principles articulated in *Monell v. Dept. of Soc. Svcs.*, 436 U.S. 658 (1978). Specifically, Plaintiff's first and fourth cause of actions allege that his Fourth and Fourteenth Amendment rights were violated by COLA. Plaintiff further alleges, in his ninth and tenth causes of action, that his civil rights were violated by Defendant COLA pursuant to the *Monell* doctrine.  Thus, this is a federal civil rights action over which this Court has original jurisdiction as to all Defendants. *See* 28 U.S.C. § 1331 ("The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."). Accordingly, Defendants have the right to remove this case to this Court. *See* 28 U.S.C. § 1441(a) ("…any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants…"); 28 U.S.C. § 1446 (setting forth procedures for removal).

8.      Plaintiff also asserts one (1) state law cause of action for Deprivation of Civil Rights under state code § 52.1 (The Bane Act) and five (5) tort law claims. Accordingly, Plaintiff's state law claim and tort law claims derive from the same operative facts as those of the federal claims, namely the alleged violation of Plaintiff's civil rights when the alleged deprivation of his Fourth and Fourteenth Amendment rights occurred on June 9, 2024. When an action originally filed in state court is removed to federal court, the federal tribunal has jurisdiction to determine not only the federal claims, but all pendent state claims which derive "from a common nucleus of operative fact." *United Mine Workers v. Gibbs*, 383 US 715, 725 (1966); *see also* 28 U.S.C. §§ 1367(a) and 1441(c).

9.      This Notice of Removal is filed with this Court within 30 days after Defendant COLA was served with the Summons and First Amended Complaint on July 10, 2025.

HURRELL CANTRALL LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE  (213) 426-2000

10.     This Notice of Removal is being filed in this Court as well as in the Los Angeles Superior Court, where Plaintiff elected to file initially.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 30, 2025, at Los Angeles, California.


                                        /s/ Michael Malekan
                                        Michael Malekan

HURRELL CANTRALL LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE  (213) 426-2000