**O**
**JS-6**

# United States District Court
# Central District of California

THOMAS ANGEL PEDRAZA,

Plaintiff,

v.

COUNTY OF LOS ANGELES et al.,

Defendants.

Case No. 2:25-cv-07013-ODW (PVCx)

**JUDGMENT**

///
///
///
///
///
///
///
///
///
///

# JUDGMENT

In light of the Court's Order **GRANTING** Defendants' Motion to Dismiss, (Dkt. No. 35), **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Defendants shall have **JUDGMENT** in their favor;
2. Plaintiff shall receive nothing; and
3. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

August 12, 2026

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**